ARCO COMPANY, a New Jersey corporation, appellant,

*v.*

HAWTHORNE FUEL AND ICE, INC., et al., respondents.

[Decided May 10th, 1945.]

*Mr. Arthur P. Thurston (Mr. Randal B. Lewis,* of counsel), for the appellant.

*Mr. David T. Wilentz (Mr. Elias A. Kanter,* of counsel), for the respondent Hawthorne Fuel & Ice, Inc.

*Mr. Louis C. Jacobson,* for the respondent Abraham Kruman.

*Mr. Charles Kanter,* for the respondent Isidor Kruman.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *135 N. J. Eq. 315.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, PERSKIE, WELLS, RAFFERTY, DILL, JJ. 7.

*For reversal*—CASE, DONGES, HEHER, COLIE, FREUND, JJ. 5.